# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KATHLEEN A. MCCARTHY

       Plantiff, : Case No. 3:10-cv-319

  -vs-

                                       Judge Thomas M. Rose
                                       Magistrate Judge Michael J. Newman

AMERITECH PUBLISHING, INC
   dba AT&T ADVERTISING
   SOLUTIONS, et al.,

       Defendant. :

---

## ORDER

---

On February 27, 2012, the Court held a conference call with both parties to discuss the scheduling of depositions beyond the April 3, 2012 discovery deadline.

By agreement of counsel for both sides, and for good cause shown, the discovery deadline is **EXTENDED** to April 27, 2012.

The May 21, 2012 dispositive motions deadline, and all other dates scheduled in this case (including, but not limited to the final pretrial conference and trial dates) **REMAIN UNCHANGED**.

**IT IS SO ORDERED.**

February 28, 2012                                                    s/ **Michael J. Newman**
                                                                          United States Magistrate Judge