# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KATHLEEN A. McCARTHY, | : | |
| | | Case No. 3:10CV319 |
| Plaintiff, | : | |
| | | |
| -vs- | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| AMERITECH PUBLISHING, INC, | : | |
| | | |
| Defendant. | : | |

## ORDER OF REFERENCE

The above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman solely for the purpose of conducting a mediation.  The appointed Mediator shall have full authority to conduct the mediation and shall report to United States District Judge Thomas M. Rose whether or not it has resulted in settlement of this case.

October 15, 2012          s/Sharon L. Ovington
         Sharon L. Ovington
         United States Magistrate Judge
         and ADR Coordinator