IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT – DAYTON

KATHLEEN A. McCARTHY,                              :

        Plaintiff,                              : Case No. 3:10-cv-00319

v                                                  : HON. THOMAS M. ROSE

AMERITECH PUBLISHING, INC.                         :
d/b/a AT&T ADVERTISING SOLUTIONS,
and AT&T, INC.,                                    :

        Defendants.

---

## STIPULATED ORDER STAYING ENFORCEMENT
## OF AWARD OF ATTORNEY FEES AND EXPENSES

WHEREAS, on March 7, 2013, Plaintiff appealed to the Sixth Circuit Court of Appeals, this Court's "Entry and Order Granting in Part and Overruling in Part McCarthy's Motion for Attorneys' Fees and Expenses (Doc. #74); Awarding Attorneys' Fees and Expenses to McCarthy in the Amount of $15,313.11 and Terminating This Case" (Doc. #103),

WHEREAS, the parties believe that a stay in all proceedings seeking enforcement of the Entry and Order Granting in Part and Overruling in Part McCarthy's Motion for Attorneys' Fees and Expenses (Doc. #74); Awarding Attorneys' Fees and Expenses to McCarthy in the Amount of $15,313.11 and Terminating This Case pending the outcome of the appeal proceedings, would be mutually beneficial to all parties and promote judicial efficiency and therefore stipulate to this Order;

**IT IS HEREBY ORDERED** that all proceedings seeking enforcement of the Entry and Order Granting in Part and Overruling in Part McCarthy's Motion for Attorneys' Fees and Expenses (Doc. #74); Awarding Attorneys' Fees and Expenses to McCarthy in the Amount of

$15,313.11 and Terminating This Case are stayed pending exhaustion of appellate proceedings

before the Sixth Circuit Court of Appeals.

HON. THOMAS M. ROSE

APPROVED:

Karen T. Dunlevey 0067056
Attorney for Plaintiff

Terrence J. Miglio 0081578
Attorney for Defendants

2